IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| TRU HOLMES, individually, and on, Behalf of all others, | ) ) ) |
| Plaintiff, | ) ) Case No. |
| v. | ) ) ) |
| PEOPLEREADY, INC. d/b/a SPARTAN STAFFING, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant PeopleReady, Inc. formerly known as Spartan Staffing, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, St. Joseph Division, and in support states as follows:

1. On or about February 28, 2017, Plaintiff Tru Holmes ("Plaintiff") attempted to commence a civil action styled *Holmes v. PeopleReady, Inc., d/b/a Spartan Staffing, LLC* in the Circuit Court of Clinton County, Missouri, which is currently pending as Case No. 17CN-CV00126.

2. Plaintiff attempted to serve summons and a copy of Plaintiff's Petition on Defendant on or about March 1, 2017. A copy of the Summons and Complaint are attached to this Notice as **Exhibit 1** and constitute all process, pleadings, and orders allegedly served upon Defendant in this matter.

3. In the state court action, as set forth in the Petition, Plaintiff seeks to recover from Defendant for Defendant's alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

4. Plaintiff's Petition raises only federal question claims under the FCRA and thus arises under federal law.

5. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise federal questions. Specifically, Plaintiff's claims involve federal law under the FCRA. Therefore, this action is properly removable pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

6. This Notice of Removal is filed within 30 days after the receipt of Summons and Petition by Defendant. Therefore, this Notice of Removal is timely.

7. The State Court in which this action was commenced is within this Court's District and Division.

8. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Clinton County, Missouri, and a copy of this Notice of Removal will also be served on Plaintiff, through his counsel, on the date of this filing with the United States District Court for the Western District of Missouri.

WHEREFORE, Defendant PeopleReady, Inc. formerly known as Spartan Staffing, LLC prays that the state court action pending as Case No. 17CN-CV00126 in the Circuit Court of Clinton County, Missouri, be removed therefrom to this Honorable Court.

Respectfully submitted,

                                POLSINELLI PC

                                By: */s/ Emma R. Schuering*
                                    DENNIS J. DOBBELS (MO #32378)
                                    EMMA R. SCHUERING (MO #65169)
                                    900 W. 48th Place, Suite 900
                                    Kansas City, MO  64112
                                    (816) 753-1000
                                    Fax: (816) 753-1536
                                    ddobbels@polsinelli.com
                                    eschuering@polsinelli.com

                                    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage pre-paid, on the following counsel of record this 30th day of March, 2017 to:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Associates LLC
301 S. U.S. 169 Highway
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                    */s/ Emma R. Schuering*
                                    Attorney for Defendant

3
57991241.2
Case 5:17-cv-06042-FJG    Document 1    Filed 03/30/17    Page 3 of 3