IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **TRU HOLMES,** Individually And On Behalf Of All Others, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 17-06042-DW |
| vs. | ) ) | |
| **PEOPLEREADY, INC.** d/b/a **SPARTAN STAFFING, LLC** | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF ACCEPTANCE OF CONSENT JUDGMENT AND MOTION FOR JUDGMENT

**COMES NOW** the Plaintiff, through the undersigned counsel, and hereby files this Notice of Acceptance regarding Defendant's offer of judgment and moves the Court for an entry of judgment as set forth below. In support of this Notice and Motion, Plaintiff states as follows:

1. Defendant served Plaintiff with an Offer of Judgment in accordance with Rule 68.

2. Plaintiff has accepted the Defendant's Offer of Judgment.

3. Pursuant to this Offer of Judgment, Defendant has agreed to allow judgment against it and in favor of Plaintiff for:

    a. Statutory Damages of $1,000; and

    b. The costs of the action with reasonable attorneys' fees in the amount of Fifteen Thousand dollars ($15,000).

4. Plaintiff requests this Court accept the Notice of Acceptance and enter Judgment against the Defendant in favor of the Plaintiff as set forth above.

5. Plaintiff further requests the Court Order the Defendant to pay the Plaintiff the statutory

amount of $1,000 and pay Plaintiff's counsel fees and costs totaling $15,000.

WHEREFORE, Plaintiff respectfully requests this Court enter a judgment on his claims against the Defendant in the amounts set forth above and for any other relief this Court deems just and proper.

Respectfully submitted,

/s/ C. Jason Brown
C. Jason Brown MO #49952
Jayson A. Watkins MO #61434
Brown & Associates, LLC
301 S. US 169 Hwy
Gower MO 64454
Tel: 816-294-2734
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was sent via the Court's ECF system on June 5, 2017, to all Counsel registered to receive notice via ECF.


/s/ C. Jason Brown
Attorney for Plaintiff