# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| TRU HOLMES, individually, and on behalf of all others, | ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-6042-CV-FJG |
| | ) | |
| PEOPLEREADY, INC., d/b/a SPARTAN STAFFING, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Notice of Acceptance of Consent Judgment and Motion for Judgment (Doc. No. 20). Plaintiff indicates that defendant made an offer of judgment to plaintiff pursuant to Fed. R. Civ. P. 68, and plaintiff has accepted the defendant's offer of judgment. Plaintiff indicates that, pursuant to this Offer of Judgment, defendant has agreed to allow judgment against it and in favor of plaintiff for: (1) statutory damages of $1,000; and (b) costs of the action along with reasonable attorneys' fees in the amount of $15,000. Plaintiff requests that the Court accept this Notice of Acceptance and enter judgment against defendant as set forth above. Defendant has filed no opposition to the present motion.

Accordingly, Plaintiff's Notice of Acceptance of Consent Judgment and Motion for Judgment (Doc. No. 20) is **GRANTED**. The Court enters judgment against defendant and in favor of plaintiff. Defendant is **ORDERED** to pay plaintiff statutory damages of $1,000, and plaintiff's counsel fees and costs totaling $15,000.

**IT IS SO ORDERED.**

Dated:  June 29, 2017
Kansas City, Missouri

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge